ACCEPTED
15-24-00051-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/18/2024 4:46 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00051-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/18/2024 4:46:20 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS
# FOR THE FIFTEENTH JUDICIAL DISTRICT
# AUSTIN, TEXAS

Crowley Independent School District
*Appellant*

v.

Carl Stoneham and Mike Morath, in his official capacity as
Commissioner of Education of Texas
*Appellees*

On Appeal from the 48th District Court of Tarrant County
No. 048-336026-22, Hon. Chris Taylor, Judge Presiding

## APPELLANT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 49.9, Appellant Crowley Independent School District seeks a **7-day extension** to file its motion for rehearing, resulting in a new deadline of December 26, 2024.

The current deadline for filing Appellant's motion for rehearing is December 19, 2024.

Counsel for Appellant has recently had numerous settings and deadlines

in other matters. As a result, counsel requests an extension to ensure that Appellant provides the Court with a thorough, thoughtful, and well-composed motion for rehearing.

The undersigned has conferred with Appellees' counsel, who indicated Appellees are **not opposed** to this request.

This is Appellant's **second request** for an extension for this filing, and its granting will prejudice no party.

Accordingly, Appellant respectfully requests a 7-day extension of time to file its motion for rehearing, resulting in a new deadline of December 26, 2024.

Respectfully submitted,

/s/ *David J. Campbell*
David J. Campbell
*dcampbell@808west.com*
State Bar No. 24057033
**O'Hanlon, Demerath & Castillo**
808 West Ave.
Austin, Texas, 78701
Tel: (512) 494-9949
Fax: (512) 494-9919

*Counsel for Appellant Crowley Independent School District*

**CERTIFICATE OF CONFERENCE**

I certify that on or about December 17 and 18, 2024, I conferred by email with counsel for Appellee Morath and Appellee Stoneham, who indicated that Appellees are not opposed to the requested extension of 7 days.

*/s/ David J. Campbell*
David J. Campbell

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served through the court's e-filing/notice system on December 18, 2024 to the following:

| | |
|---|---|
| Daniel A. Ortiz | Martin Cohick |
| *dortiz@ortizlawtx.com* | *Martin.cohick@oag.texas.gov* |
| Giana Ortiz | James Brazell |
| *gortiz@ortizlawtx.com* | *James.brazell@oag.texas.gov* |
| The Ortiz Law Firm | Office of the Attorney General Of |
| 1304 West Abram Street | Texas |
| Suite 100 | P.O. Box 12548, Capitol Station |
| Arlington, TX 76013 | Austin, TX 78711 |
| | |
| ***Counsel for Appellee Carl Stoneham*** | ***Counsel for Appellee Mike Morath*** |

*/s/ David J. Campbell*
David J. Campbell

3

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kathryn French on behalf of David Campbell
Bar No. 24057033
kfrench@808west.com
Envelope ID: 95475260
Filing Code Description: Motion
Filing Description: CISD's 2nd Unopposed MET
Status as of 12/18/2024 4:52 PM CST

Associated Case Party: Crowley Independent School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Campbell | | dcampbell@808west.com | 12/18/2024 4:46:20 PM | SENT |
| Kathryn French | | kfrench@808west.com | 12/18/2024 4:46:20 PM | SENT |

Associated Case Party: Carl Stoneham

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Daniel Ortiz | | dortiz@ortizlawtx.com | 12/18/2024 4:46:20 PM | SENT |
| Giana Ortiz | | gortiz@ortizlawtx.com | 12/18/2024 4:46:20 PM | SENT |

Associated Case Party: Mike Morath

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 12/18/2024 4:46:20 PM | SENT |
| Elizabeth Chipelo | | elizabeth.chipelo@oag.texas.gov | 12/18/2024 4:46:20 PM | SENT |
| James Z.Brazell | | james.brazell@oag.texas.gov | 12/18/2024 4:46:20 PM | SENT |
| Martin Cohick | | Martin.cohick@oag.texas.gov | 12/18/2024 4:46:20 PM | SENT |